UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ANDREW SAVIVANH,**

   Plaintiff,

v.   No. 4:24-cv-0077-P

**I.Q. DATA INTERNATIONAL, INC.,**

   Defendants.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order affirming and adopting the Magistrate Judge's Findings, Conclusions, and Recommendation (ECF No. 18) dated the same day, it is **ORDERED** that this suit is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **12th day of April 2024.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE